IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARTINOUS MOORE**                                                                                 **PETITIONER**

v.                                **CASE NO. 5:13CV00331 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 19th day of February 2014.

                                                                     UNITED STATES DISTRICT JUDGE